# PROCEEDINGS OF SUPREME COURT

## GENERAL DOCKET

Bowman v. Lemon .............................. 19666
Giehl v. State ................................. 19842
Lykins v. Pub. Util. Com. ..................... 19790
State ex Crabbe v. Exhibitors Assn. ........... 19624
State v. Hearne ............................... 19667
Summit Bd. Ed. et v. State ex Stipe............ 20034
Weintraub v. Ohio Bell Tel. Co................. 19005

## MOTION DOCKET

Frank v. Corcoran et .......................... 19993
Gibbons Supply Co. v. H. & G. L. Coleman...... 19886
Hotel Wooster v. Smith et ..................... 19924
Indust. Comm. v. Zielinski .................... 19907
John Hancock Mutual Life Ins. Co. v. Hager...... 19913
Levinson Bros. Co. v. Jackson ................. 19950
Lyon v. State ................................. 20084
Roberts v. State ex Martin .................... 19906
Ross v. State ................................. 20090
S. A. Clark Lunch Co. v. Cleveland Waiters et... 19996
State ex Crabbe v. Exhibitors Assn............. 19624
Wooster (City) v. Arbenz ..................... 19914

## PROCEEDINGS
## OHIO SUPREME COURT
### TUESDAY, NOV. 16, 1926
### GENERAL DOCKET

19005—G. Z. Weintraub v. Ohio Bell Telephone Co.; error to Cuyahoga Appeals. Judgment affirmed. Matthias, Day and Kinkade, JJ., concur. Jones, J., not participating. Dock. 3-7-25; 3 Abs. 162; OS. Pend. 3 Abs. 217.

19624—State of Ohio ex rel. C. C. Crabbe v. Exhibitor's and Breeders' Ass'n, Inc. In Quo Warranto. Dismissed by consent. Dock. 2-15-26, 4 Abs. 128.

19666—William J. Bowman v. William A. Lemon; error to the Hamilton Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-5-26, 4 Abs. 176; OA. 4 Abs. 267; OS. Pend. 4 Abs. 261.

19667—State of Ohio v. Edward H. Hearne; exceptions to common pleas of Hamilton county. Exceptions sustained. Marshall CJ., Jones, Day and Allen, JJ., concur. Dock. 3-5-26, 4 Abs. 176; OS. Pend. 4 Abs. 278.

19790—J. S. Lykins v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day Allen, Kinkade and Robinson, JJ., concur. Dock. 4-27-26, 4 Abs. 284.

19842—Joseph Giehl v. The State of Ohio; error to the Madison Appeals. Dismissed at costs of plaintiff in error, without prejudice. Dock. 5-25-26, 4 Abs. 358; OS. Pend. 4 Abs. 487.

20034—Summit County Board of Education et al v. State of Ohio, ex rel. Irvin F. Stipe; error to the Summit Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ.; concur. Dock. 8-2-26, 4 Abs. 525.

### MOTION DOCKET

19624—State of Ohio, ex rel. C. C. Crabbe, v. Exhibitor's and Breeders' Ass'n, Inc. Motion by defendant to dismiss. Dismissed by consent. Dock. 2-15-26, 4 Abs. 128.

19886—M. J. Gibbons Supply Co. v. H. & G. L. Coleman. Motion for Montgomery Appeals to certify. Overruled. Dock. 6-10-26, 4 Abs. 393.

19906—Floyd Roberts v. State of Ohio, ex rel. Eva Martin. Motion for Franklin Appeals to certify. Overruled. Dock. 6-17-26, 4 Abs. 404; OS. Pend. 4 Abs. 555.

19907—The Industrial Commission of Ohio v. Amelia Zielinski. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-18-26, 4 Abs. 404; OS. Pend. 4 Abs. 556.

19913—John Hancock Mutual Life Ins. Co. v. Lettie Hager. Motion for Lucas Appeals to certify. Overruled. Dock. 6-21-26, 4 Abs. 404; OS. Pend. 4 Abs. 571.

19914—City of Wooster v. Harry Arbenz. Motion for Wayne Appeals to certify. Allowed. Dock. 6-21-26, 4 Abs. 404; OS. Pend. 4 Abs. 572; OA. 4 Abs. 661.

19924—Hotel Wooster, Inc. v. Alonzo C. Smith et al. Motion for Wayne Appeals to certify. Overruled. Dock. 6-24-26, 4 Abs. 475; OS. Pend. 4 Abs. 587.

19950—Levinson Bros. Co. v. William H. Jackson. Motion for Hamilton Appeals to certify. Overruled. Dock. 7-5-26, 4 Abs. 475; OS. Pend. 4 Abs. 620.

19993—George B. Frank v. Clara E. Corcoran et al. Motion for Lucas Appeals to certify. Overruled. Dock. 7-20-26, 4 Abs. 510; OA. 4 Abs. 600; OS. Pend. 4 Abs. 708.

19996—S. A. Clark Lunch Co. v. Cleveland Waiters et al. Motion for Cuyahoga Appeals to certify. Motion withdrawn by plaintiff in error. Dock. 7-20-26, 4 Abs. 510; OS. Pend. 4 Abs. 669.

20084—James D. Lyon v. State of Ohio. Motion for leave to file petition in error to the Huron Appeals. Allowed. Dock. 10-3-26, 4 Abs. 622; OA. 4 Abs. 546; OS. Pend. 4 Abs. 772.

20090—Emanuel Ross v. The State of Ohio. Motion for leave to file petition in error to the Cuyahoga Appeals. Overruled. Dock. 10-14-26, 4 Abs. 639; OS. Pend. 4 Abs. 509.

## SYLLABI
### No. 994

No. 20128—The State, ex rel. Ezra Dean, v. Frank Hall et al., Board of Deputy State Supervisors of Elections. In Mandamus.

**448. ELECTIONS—Section 5004 GC. not in conflict with sec. 13, Art. IV, or Sec. 2, Art. XVII of Ohio Constitution.**

MARSHALL, C. J.

Section 5004 of the general code, requiring that all nominating petitions be filed prior to the 60th day preceding an election, is not in conflict with section 13 of article 4, or section 2 of article 17, of the constitution.

Writ denied.

Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur.

### No. 966

No. 19790—J. S. Lykins v. Public Utilities Commission of Ohio. Error to Public Utilities Commission of Ohio.

**973. PUBLIC UTILITIES COMMISSION—**

1. In a proceeding to reverse order of Commission on the ground that it is against the *weight of the evidence,* entire record will be examined to determine whether order is based upon sufficient evidence received under established rules of evidence.

2. Judgment of Commission in reference to certificate of convenience and necessity is final unless order based thereon is against manifest weight of evidence.

DAY, J.

1. While the proceedings before the Public Utilities Commission are informal in character, yet in the review of a petition in error filed in this court to reverse an order of such commission on the ground that it is against